

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Zachary Powell, Individually and On Behalf of All Others Similarly Situated

**Plaintiff,**

V.

UHG I LLC

**Defendant.**

Civil Action No.   23-cv-0086-DMS-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Absent a finding that the interest rate on Plaintiff's loan was unconscionable, each of Plaintiff's claims fails. Accordingly, the Court grants Defendant's motion for summary judgment.

Date:   9/15/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler

B. Chandler, Deputy